UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                     CASE NO. 10 B 38843
                                                           CHAPTER 13
MARIE STEWART
                                                           JUDGE JACK B SCHMETTERER

           DEBTOR                                          **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** US BANK NATIONAL ASSOCIATION

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 9 | 0255  10931 S HERMOSA AVE | $21,814.56 | $22,014.00 | $22,014.00 |
| Total Amount Paid by Trustee | | | | | $22,014.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit         **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 10-38843-JBS

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 29th day of October, 2014.

Debtor:
MARIE STEWART
10931 S HERMOSA
CHICAGO, IL  60643

Attorney:
SCHNEIDER & STONE
8424 SKOKIE BLVD #200
SKOKIE, IL  60077
via Clerk's ECF noticing procedures

Creditor:
US BANK NATIONAL ASSOCIATION
% SELECT PORTFOLIO SERVICING
PO BOX 65450
SALT LAKE CITY, UT  84165

Mortgage Creditor:
EMC MORTGAGE
% PIERCE & ASSOCIATES
1 N DEARBORN #1300
CHICAGO, IL  60602

Mortgage Creditor:
GMAC MORTGAGE
% CODILIS & ASSOC
15W030 N FRONTAGE RD #100
BURR RIDGE, IL  60561-5009

Mortgage Creditor:
AMERICAS SERVICING CO
3476 STATEVIEW BLVD
MAC X7801-014
FORT MILL, SC  29715

Mortgage Creditor:
JPMORGAN CHASE BANK
700 KANSAS LN MC LA4 5555
MONROE, LA  71203

Creditor:
JPMORGAN CHASE BANK NATIONAL
3415 VISION DR
OH4-7142
COLUMBUS, OH  43219

ELECTRONIC SERVICE - United States Trustee

Date:  October 29, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603